1  **GEOFFREY V. WHITE (SBN. 068012)**
   **LAW OFFICE OF GEOFFREY V. WHITE**
2  351 California St., Suite 1500
   San Francisco, California 94104
3  Telephone: (415) 362-5658
   Facsimile:  (415) 362-4115
4  Email:  gvwhite@sprynet.com

5  Attorneys for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICIA FORTLAGE,           CV 08  Case No. 3406

12         Plaintiff,                  PLAINTIFF'S CERTIFICATION OF
                                       INTERESTED ENTITIES OR
13     v.                              PERSONS

14 **HELLER EHRMAN, LLP,** a California
   partnership; and **HELLER EHRMAN**
15 **LONG-TERM DISABILITY PLAN,**

16         Defendants.

17

18

19     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

20 named parties, there is no such interest to report.

21 DATED: July 15, 2008              Respectfully submitted,

22                                   LAW OFFICE OF GEOFFREY V. WHITE

23
                                     By _____
24                                      Geoffrey V. White
                                        Attorneys for Plaintiff
25

26

27

28

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    - 1 -