IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA FORTLAGE,

        Plaintiff,

  vs.

HELLER EHRMAN, LLP, et al..

        Defendant.
                                /

No. C-08-3406 MEJ

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  **X**   (1) One or more of the parties has requested reassignment to a United States District Judge, or

       (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

       (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

      All previous hearing dates are hereby **VACATED.**

Dated: August 21, 2008

                                      MARIA-ELENA JAMES
                                      United States Magistrate Judge