**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**August 22, 2008**

**CASE NUMBER:  CV 08-03406 MEJ**
**CASE TITLE:  PATRICIA FORTLAGE-v-HELLER EHRMAN**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Vaughn R. Walker** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/22/08

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies  
Log Book Noted

Special Projects  
Entered in Computer 8/22/08


CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel

Transferor CSA